# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT A. GRAYER

NO. 2022 KW 1385

**APRIL 12, 2023**

---

In Re:    Albert A. Grayer, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, Nos.
          2201871, 2201730.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion for preliminary examination, filed July 14, 2022, motion for speedy trial, filed September 19, 2022, motion to suppress, filed October 12, 2022, and motion to quash, filed October 19, 2022, if it has not already done so.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT